UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-191-F

| | | |
|---|---|---|
| GWENDOLYN SPENCER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHN EMIL SLOUFFMAN and | ) | |
| PAMELA ROSE SLOUFFMAN, | ) | |
| Defendants. | ) | |

The parties' Consent Motion to Remand [DE-9] is ALLOWED.

SO ORDERED.

This, the 22 day of July, 2010.

JAMES C. FOX
Senior United States District Judge